**Order entered October 6, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01022-CV

## IN RE URBAN 8 LLC AND URBAN 8 MANAGEMENT LLC, Relators

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-08919**

## ORDER
Before Justices Osborne, Partida-Kipness, and Smith

Based on the Court's opinion of today's date, we **DENY** relators' petition for writ of mandamus.

/s/    LESLIE OSBORNE
       JUSTICE